1222

No. 84–5907. DAVIS v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. D. C. Cir. Certiorari denied.

No. 84–5908. REDDING v. BENSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–5910. BROWN v. MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 84–5915. DODSON v. ZIMMERMAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–5920. TREVINO v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 84–5921. WILLIAMS v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 84–5924. STARCHER v. OHIO. Ct. App. Ohio, Lorain County. Certiorari denied.

No. 84–5927. DAVIDSON v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–5929. BALICH v. STANLEY. C. A. 7th Cir. Certiorari denied.

No. 84–5930. ANTONELLI v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 84–5931. J. G. ET AL. v. TAUKE, GUARDIAN AD LITEM, ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 84–5932. CALLOWAY v. UNITED STATES. Ct. App. D. C. Certiorari denied.